1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Hendrik Block

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | HENDRIK BLOCK,                                | )  No.  5:21-cv-00166-VKD
13 |                   Plaintiff,                  | )
   |                                               | )  **STIPULATION FOR DISMISSAL OF**
14 |          vs.                                  | )  **ENTIRE ACTION**
   |                                               | )
15 | 6 TO LATE, INC. dba SAN CARLOS                | )
   | LIQUOR & MARKET; HELEN DORCICH                | )
16 | PAVICICH, Successor Trustee under the         | )
   | DORCICH LIVING TRUST AGREEMENT                | )
17 | dated August 14, 1968;                        | )
18 |                                               | )
   |                   Defendants.                 | )
19 |                                               | )
   |                                               | )
20 |_____| )

IT IS HEREBY STIPULATED by and between Plaintiff Hendrik Block and Defendants, 6 To Late, Inc. dba San Carlos Liquor & Market; and Helen Dorcich Pavicich, Successor Trustee under the Dorcich Living Trust Agreement dated August 14, 1968, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: April 13, 2021                MOORE LAW FIRM, P.C.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Hendrik Block

Dated: April 13, 2021                SILICON VALLEY LAW GROUP

                                     */s/ Edward A. Kraus*
                                     Edward A. Kraus
                                     Kathryn E. Barrett
                                     Attorneys for Defendants,
                                     6 To Late, Inc. dba San Carlos Liquor & Market; and Helen Dorcich Pavicich, Successor Trustee under the Dorcich Living Trust Agreement dated August 14, 1968

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Hendrik Block